**PHOENIX FEDERAL SAVINGS & LOAN ASSOCIATION, Plaintiff–Respondent,**

v.

**Ann C. LAMBERT, Defendant–Appellant.**

**No. WD 41939.**

Missouri Court of Appeals, Western District.

April 24, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 29, 1990.

Greg T. Spies, Watson, Ess, Marshall & Enggas, Kansas City, for defendant-appellant.

G. Edwin Proctor, Jr., Heavner, Jarrett & Kimball, Kansas City, for plaintiff-respondent.

Before ULRICH, P.J., and SHANGLER and TURNAGE, JJ.

ORDER

PER CURIAM.

Appeal from judgment for balance due, interest, and attorney fees on note.

Judgment affirmed. Rule 84.16(b).